# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**                                    CASE NO. 6:23-cr-10053-EFM

JOSE ADALID FLORES,
a.k.a. Jose Adalid Flores-Damas,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### UNLAWFUL REENTRY AFTER DEPORTATION
### [8 U.S.C. § 1326(a) & (b)(1)]

On or about April 4, 2023, in the District of Kansas, the defendant,

**JOSE ADALID FLORES,**
**a.k.a. Jose Adalid Flores-Damas,**

a person who is not a citizen and national of the United States, and who previously

was deported, removed, and excluded from the United States, on or about June 21, 2019,

at or near, Fort Worth, Texas; and who failed to obtain the consent of either the Attorney

1

General of the United States or the Secretary of Homeland Security to reapply for admission into the United States, was found in the United States after knowingly and voluntarily reentering the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).


A TRUE BILL.


May 16, 2023                          s/Foreperson
DATE                                  FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By:/s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI, #29178
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Email: ola.odeyemi@usdoj.gov


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

### Count 1: 8 U.S.C. § 1326(a) – Unlawful Reentry After Deportation

The reentry of an alien who has previously been denied admission, excluded, removed, or deported, is a felony, with criminal penalties of:

- Punishable by a term of imprisonment of not more than two (2) years. 8 U.S.C. § 1326(a).
- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

An alien whose removal was subsequent to a conviction for three or more misdemeanors involving drugs, crimes against person, or both, or a felony (other than aggravated felony), is a felony, with criminal penalties of:

- Punishable by a term of imprisonment of not more than ten (10) years. 8 U.S.C. § 1326(b)(1).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

If committed after an aggravated felony conviction, then:

- Punishable by a term of imprisonment of not more than twenty (20) years. 8 U.S.C. § 1326(b)(2).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).